UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER EDDINGS,

        Petitioner,

                                                      CASE NO. 2:06-CV-11215
v.                                              HONORABLE ARTHUR J. TARNOW

THOMAS BIRKETT,

        Respondent.
_____/

## **ORDER DENYING PETITIONER'S MOTION FOR RECONSIDERATION**

This matter is before the Court on Petitioner's motion for reconsideration of the Court's opinion and order denying his habeas petition, which challenged the sufficiency of the evidence to support his first-degree murder conviction and was brought pursuant to 28 U.S.C. § 2254.

A motion for reconsideration which presents issues already ruled upon by the court, either expressly or by reasonable implication, will not be granted. *See Hence v. Smith*, 49 F. Supp. 2d 547, 550 (E.D. Mich. 1999); *Czajkowski v. Tindall & Assoc., P.C.*, 967 F. Supp. 951, 952 (E.D. Mich. 1997). As set forth in the Court's opinion denying the petition, the Michigan Court of Appeals' determination that the prosecution presented sufficient evidence to support Petitioner's murder conviction under the standard set forth in *Jackson v. Virginia*, 443 U.S. 307 (1979), was reasonable. Additionally, Petitioner has not met his burden of showing a palpable defect by which the Court has been misled or his burden of showing that a different disposition must result from a correction thereof, as required by Local Rule 7.1(g)(3).

1

Accordingly,

**IT IS ORDERED** that Petitioner's motion for reconsideration is **DENIED**.


S/Arthur J. Tarnow
Arthur J. Tarnow
United States District Judge

Dated: November 20, 2007


I hereby certify that a copy of the foregoing document was served upon parties/counsel of record on November 20, 2007, by electronic and/or ordinary mail.

S/Catherine A. Pickles
Judicial Secretary